PHILIP J. SMITH (SBN 232462)
Constangy Brooks, Smith & Prophete, LLP
50 California Suite 1625
San Francisco, California 94111
Telephone: (415) 918-3000
Facsimile: (415) 918-3009

Jane A. Rigby* (NJ Bar ID 028201984 )
McElroy, Deutsch, Mulvaney & Carpenter LLC
570 Broad Street, Suite 1500
Newark, New Jersey 07102
Telephone: (973) 622-7711
Facsimile: (973) 622-5314
jrigby@mdmc-law.com
*admitted pro hac vice

Attorneys for Defendants Johnson & Johnson and
Janssen Biotech, Inc.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTASIA ALEXANDER,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, a New Jersey corporation, and JANSSEN BIOTECH, INC., a Pennsylvania corporation,<br><br>Defendants. | Civil Action No.: 3:17-cv-06125<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND/OR ATTORNEYS' FEES TO ANY PARTY** |

IT IS HEREBY STIPULATED AND AGREED by and among the attorneys for Plaintiff, Anastasia Alexander, and the attorneys for Defendants Johnson & Johnson and Janssen Biotech Inc., that the within action shall be, and the same hereby is, dismissed with prejudice and without costs and/or attorneys' fees to any party against any other party.

| NICHOLS KASTER, PLLP | McELROY, DEUTSCH, MULVANEY & |
| Attorneys for Plaintiff | CARPENTER, LLP |
| | Attorneys for Defendants |

By: /s/ Lindsey E. Krause
LINDSEY E. KRAUSE, ESQ.
Admitted *Pro Hac Vice*

By: /s/ Jane A. Rigby
JANE A. RIGBY, ESQ.
Admitted *Pro Hac Vice*

DATED: 05/31/90

DATED: 05/31/18



IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA